UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD LEE DAVIS, | No. 2:10-cv-2139 KJM DAD P |
| Plaintiff, | |
| v. | ORDER |
| JAMES WALKER et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through appointed counsel and with an appointed guardian ad litem ("GAL"). Before the court appointed plaintiff's counsel and GAL, plaintiff filed a motion to amend his complaint. In light of the court's appointments, the court will deny plaintiff's pro se motion to amend without prejudice to the renewal of that motion by counsel. In addition, by separate order, the court will set this matter for a status conference and permit telephonic appearance. Before doing so, however, the court will direct the parties to meet and confer and contact the undersigned's courtroom deputy with a mutually agreeable date for that status conference.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (Doc. No. 90) is denied without prejudice; and
2. Within thirty days of the date of this order, the parties are directed to meet and confer on a date for a status conference and contact Pete Buzo, the court deputy of the undersigned magistrate judge, at pbuzo@caed.uscourts.gov, with an agreeable date.

Dated: February 9, 2015

DAD:9
davi2139.10d

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE