UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

    Plaintiff,

  v.

JAMES WALKER et al.,

    Defendants.

No. 2:10-cv-2139 KJM DAD P

ORDER SETTING STATUS CONFERENCE

Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED that:

1. A Status (Pretrial scheduling) Conference is set for Friday, April 10, 2015, at 10:00 a.m. in Courtroom 27 before the undersigned.

2. The parties are not required to submit to the court or serve upon the parties a status report, but counsel shall attend[1] the Status Conference prepared to briefly set out their views on the following matters:

    a. Service of process;

    b. Possible joinder of additional parties;

---

[1] Parties may appear at the Status Conference telephonically. To arrange telephonic appearance, a party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days prior to the Status Conference.

1

   c. Any expected or desired amendment of the pleadings;

   d. Jurisdiction and venue;

   e. Anticipated motions and the scheduling thereof;

   f. Anticipated discovery and the scheduling thereof;

   g. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

   h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

   i. Whether this matter is to be tried before this court or the district court. See 28 U.S.C. § 636(c);

   j. Whether the counsel will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

   k. Any other matters that may add to the just and expeditious disposition of this matter.

  3. Counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. See Local Rule 160.

Dated: March 21, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
davi2139.40aty

2