UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>             Plaintiff,<br><br>      v.<br><br>JAMES WALKER, et al.,<br><br>             Defendants. | No. 2:08-0593 KJM CKD P (TEMP) |
| KENNARD DAVIS,<br><br>             Plaintiff,<br><br>      v.<br><br>JAMES WALKER, et al.,<br><br>             Defendants. | No. 2:10-2139 KJM CKD P (TEMP)<br><br>ORDER |

　　　Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983.  This matter is currently set for status conference on July 6, 2016 in courtroom no. 24 before the undersigned. Upon review of the docket and good cause appearing, the court advises defense counsel that the court intends to request the assistance of the CDCR and plaintiff's current treating psychiatrist in

/////

1

evaluating plaintiff's current competency for representing himself in the above titled civil rights actions.

Because a guardian ad litem has been appointed to represent plaintiff's interests, attendance at the status conference by the guardian ad litem will be required.

Accordingly, IT IS HEREBY ORDERED that:

1. Defense counsel Ullrich shall be prepared to discuss the logistics of obtaining a mental health evaluation from plaintiff's current treating psychiatrist addressing plaintiff's competency; and

2. Guardian ad litem Ronnie Tolliver is directed to personally appear at the hearing. In the alternative, if appearing at the hearing would present a personal hardship, GAL Tolliver may appear by telephone. Arrangements to appear by telephone must be made by contacting the courtroom deputy, Kyle Owen, at (916) 930-4004.

Dated: June 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 davis2139.ufb

2