UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants.<br>------------------------------------------<br>KENNARD DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants. | No.  2:08-0593 KJM CKD P<br><br><br><br><br><br><br><br>No. 2:10-2139 KJM CKD P<br><br><br><br><br><br>ORDER |

　　　　Four motions in the above titled actions were improperly filed by the incompetent plaintiff and violate this court's July 7, 2016 order restricting plaintiff's filings.

/////

/////

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (case no. 08cv593, ECF Nos. 90, 91; case no. 10cv2139, ECF Nos. 146, 147) are stricken. Plaintiff is cautioned that further violations of this court's orders will result in a recommendation that these actions be dismissed.

Dated: July 14, 2016

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 davis0593.stk