UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS, | No. 2:08-cv-0593 KJM DB |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | |
| Defendants. | |
| | |
| KENNARD DAVIS, | No. 2:10-cv-2139 KJM DB |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | ORDER |
| Defendants. | |

In 2011, plaintiff was determined to be incompetent. (See ECF No. 59.) In 2014, the court appointed a guardian ad litem to represent plaintiff's interests herein. (ECF No. 81.) As plaintiff has been informed previously, because he has been found incompetent and is proceeding in this action through his guardian ad litem, plaintiff may not file documents on his own behalf.

1

(ECF No. 144.)  Therefore, two recent motions plaintiff filed in the above-titled actions were improper and violate this court's July 7, 2016 order restricting plaintiff's filings.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (case no. 08-cv-593, ECF No. 97; case no. 10-cv-2139, ECF No. 153) are stricken.  Plaintiff is again cautioned that further violations of this court's orders will result in a recommendation that these actions be dismissed.

DATED:  August 29, 2016                      /s/  DEBORAH BARNES  
                                                UNITED STATES MAGISTRATE JUDGE

DLB:9  
DLB1/prisoner-civil rights/Davi0593.strk(2)