UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>              Plaintiff,<br><br>      v.<br><br>JAMES WALKER, et al.,<br><br>              Defendants. | No.  2:08-cv-0593 KJM DB |
| KENNARD DAVIS,<br><br>              Plaintiff,<br><br>      v.<br><br>JAMES WALKER, et al.,<br><br>              Defendants. | No.  2:10-cv-2139 KJM DB<br><br><br><br><br>ORDER |

     For the reasons stated in the court's August 29, 2016 order (case no. 2:08-cv-593, ECF No. 101; case no. 2:10-cv-2139, ECF No. 157), plaintiff's August 29, 2016 motions to appoint counsel and for evaluation by a psychiatrist (case no. 2:08-cv-593, ECF Nos. 102, 103; case no.

////

1

2:10-cv-2139, ECF Nos. 158, 159) are stricken. Plaintiff is again warned that further violations of this court's orders will result in a recommendation that these actions be dismissed.

Dated: September 1, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/Davi0593.strk(3)