UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

    Plaintiff,

 v.

JAMES WALKER, et al,

    Defendants.

No. 2:08-cv-00593-KJM-DB

KENNARD LEE DAVIS,

    Plaintiff,

 v.

JAMES WALKER et al,

    Defendants.

No. 2:10-cv-2139-KJM-DB

ORDER

    Plaintiff, a state prisoner proceeding pro se, brought this civil rights action under 42 U.S.C. § 1983. Plaintiff has been deemed incompetent by the court and has been appointed a guardian ad litem. Case No. 2:08-cv-00593, ECF Nos. 28, 40, 184. The court has also appointed counsel for his guardian ad litem, Donald Lancaster. *Id.*, ECF No. 187. Due to the fact that Mr. Brown is represented by a guardian ad litem with counsel, the court has issued an order stating it will disregard pro se filings by plaintiff. *Id.*, ECF No. 186.

1

On December 13, 2018, plaintiff filed a motion for a temporary restraining order in two of the cases pending before this court. Case no. 2:08-cv-00593, ECF No. 210; Case no. 2:10-cv-02139, ECF No. 281. Because these filings were pro se, the court disregards them.

To ensure that any emergency needs of Mr. Davis do not go unnoticed, the clerk is hereby DIRECTED to serve this order and a copy of plaintiff's motion for temporary restraining order (ECF No. 210) on counsel for plaintiff's guardian ad litem, Donald Lancaster at the address below.

The Lancaster Law Group, A Professional Corporation
1101 Marina Village Parkway
Suite 201
Alameda, CA 94501
510-330-4592
Email: dlancaster@thelancasterlawgroup.com

IT IS SO ORDERED.

DATED: December 17, 2018.

_____
UNITED STATES DISTRICT JUDGE