UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS, | No. 2:10-cv-02139-KJM-DB |
| Plaintiffs, | |
| vs. | ORDER |
| WALKER, | |
| Defendants. | |

      This matter is before the court on plaintiff Kennard Lee Davis' motion to declare him competent and allow the case to proceed. ECF No. 320. Mr. Davis claims the Ninth Circuit declared him competent to represent himself on October 15, 2020, but the court cannot locate this decision based on the information presented. The motion is DENIED without prejudice, allowing for resubmission with the referenced decision attached.

      IT IS SO ORDERED.

DATED: November 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1