1
2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Kennard Lee Davis,                        No. 2:10-cv-02139-KJM-DB

12                        Plaintiff,            ORDER

13          v.

14   James Walker, et al.,

15                        Defendants.

16

17          Following the Ninth Court's mandate to consider plaintiff Kennard Lee Davis's motions

18   to reopen this case and reassess his competency to proceed, *see* USCA Mandate, ECF No. 336;

19   USCA Memorandum, ECF No. 335, this court issued an order referring the case to Magistrate

20   Judge Deborah Barnes for further proceedings as appropriate, *see* Min. Order (Nov. 10, 2022),

21   ECF No. 348.  Davis filed "objections" to this order, *see* ECF No. 353, which the court construes

22   as a motion to reconsider its decision to refer the case to Judge Barnes.

23          While a court may relieve a party from an order under Rule 60 of the Federal Rules of

24   Civil Procedure for "mistake, inadvertence, fraud, or excusable neglect" or for "any other reason

25   that justifies relief," Fed. R. Civ. P. 60(b)(1), (b)(6), plaintiff does not claim new facts or

26   circumstances exist or otherwise offer a reason justifying relief, *see* E.D. Cal. R. 230(j)(3), (4).

27   "[A] motion for reconsideration should not be granted, absent highly unusual circumstances,

28   unless the district court is presented with newly discovered evidence, committed clear error, or if

                                          1

1   there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*,

2   179 F.3d 656, 665 (9th Cir. 1999).  The court **denies plaintiff's request for reconsideration**.

3          This order resolves ECF No. 353.

4          IT IS SO ORDERED.

5    DATED:  December 8, 2022.

6                                                    _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE