1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNARD DAVIS,                          No.  2:08-cv-0593 KJM DB P

12              Plaintiff,

13       v.

14   JAMES WALKER, et al.,

15              Defendants.

16

17   KENNARD DAVIS,                          No.  2:10-cv-2139 KJM DB P

18              Plaintiff,

19       v.

20   JAMES WALKER, et al.,                   <u>ORDER TO SHOW CAUSE</u>

21              Defendants.

22

23

24        Plaintiff, a state prisoner, filed this civil rights action seeking relief under 42 U.S.C.

25   §1983.  On January 6, 2023, this court ordered plaintiff's mental health clinicians to submit a

26   report on the current status of plaintiff's mental health.  That report was due February 6, 2023.

27   Defendants have not filed a report or otherwise responded to the court's January 6 order.

28

1    Good cause appearing, defendants are HEREBY ORDERED to show cause within ten

2   days why they should not be sanctioned for their failure to submit the report ordered on January

3   6.

4   Dated:  February 14, 2023

5

6                                                                    _____

7                                                                    DEBORAH BARNES
                                                                     UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18   DLB:9
     DB prisoner inbox/civil rights/R/davi0593&2139.osc re psych rpt
19

20

21

22

23

24

25

26

27

28

                                                           2