UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants. | No. 2:08-cv-00593 KJM DB P |
| KENNARD DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　Defendants. | No. 2:10-cv-2139 KJM DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

/////

1

On January 6, 2023, the magistrate judge issued an order and filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. F&R, ECF No. 281. Plaintiff has filed objections. Obj., ECF No. 284.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. The bulk of plaintiff's objections relate to the magistrate judge's order issued concurrently to the findings and recommendations. If plaintiff wishes to challenge the magistrate judge's order, the proper vehicle would be a motion for reconsideration under Federal Rule of Civil Procedure 60. Fed. R. Civ. P. 60. Plaintiff makes no objections relating to the findings and recommendations pending before this court. *See generally* Obj.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed January 6, 2023, are adopted in full;

2. Plaintiff's motions in case no. 2:08-cv-0593 KJM DB P to reinstate prior motions (ECF Nos. 263, 280) are denied; and

3. Plaintiff's motions in case no. 2:10-cv-2139 KJM DB P to reinstate prior motions (ECF Nos. 340, 356) are denied.

DATED: March 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE