UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES WALKER, et al.,<br><br>        Defendants. | No. 2:08-cv-0593 KJM DB |
| KENNARD DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES WALKER, et al.,<br><br>       Defendants. | No. 2:10-cv-2139 KJM DB<br><br><u>ORDER</u> |

Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983.[1]

---

[1] Plaintiff makes essentially the same allegations regarding her medical care, among other things, in the two cases covered by this order and, with few exceptions, files the same documents in both cases. Therefore, the court has and will continue to issue the same orders in both cases. Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

In a motion filed here on July 5, plaintiff seeks a preliminary injunction and a "protective order." (ECF No. 306.) Plaintiff states that she is seeking a transfer to a women's prison under California's Transgender Respect, Agency, and Dignity Act. Plaintiff contends that due to her transgender status, she has been subjected to, among other things, sexual stalking. Given the concerning nature of plaintiff's allegations, this court will order the Deputy Attorney General representing defendants to submit a response.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within ten days of the date of this order, the Deputy Attorney General representing defendants shall contact the litigation coordinator at the prison where plaintiff is incarcerated to obtain information about the contentions made in plaintiff's July 5 motion.

2. Within twelve days of the date of this order, the Deputy Attorney General shall file a response to plaintiff's July 5 motion. That response shall include a declaration from the litigation coordinator or other prison official familiar with plaintiff's situation regarding the contentions plaintiff makes in the July 5 motion.

Dated: July 10, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/davi0593&2139.pi resp