UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES WALKER, et al.,<br><br>        Defendants. | No. 2:08-cv-0593 KJM DB |
| KENNARD DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES WALKER, et al.,<br><br>        Defendants. | No. 2:10-cv-2139 KJM DB<br><br>ORDER |

Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983.[1]

Pending before the court is plaintiff's motion to be restored to competency status. (ECF No.

---

[1] Plaintiff makes essentially the same allegations regarding her medical care, among other things, in the two cases covered by this order and, with few exceptions, files the same documents in both cases. Therefore, the court has and will continue to issue the same orders in both cases. Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

271.) On June 30, 2023, this court ordered defendants to file a response to plaintiff's motion, including a proposed roadmap for going forward in resolving the motion, within twenty days. (ECF No. 381.) Plaintiff was given twenty days from the date of service of defendants' response to file a reply. (Id.) Defendants seek a 21-day extension of time to file the response. Defendants' counsel cites the press of other work as the basis for the request.

Good cause appearing, IT IS HEREBY ORDERED that

1. Defendants' July 20, 2023 motion is granted. Defendants shall file their response to plaintiff's motion to be restored to competency status by August 10, 2023.

2. This order terminates ECF No. 386 in case no. 2:10-cv-2139 KJM DB P. Defendants mistakenly filed the motion for the 2008 case on the 2010 docket. It has been stricken from the docket in the 2010 case. (See ECF No. 387.) To clarify the record, defendants shall file the motion in the 2008 case immediately. This order will resolve the motion in the 2008 case as well.

Dated: July 26, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/davi0593&2139.comp resp eot

2