UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>            Plaintiff,<br><br>      v.<br><br>JAMES WALKER, et al.,<br><br>            Defendants. | No.  2:08-cv-0593 KJM DB |
| KENNARD DAVIS,<br><br>            Plaintiff,<br><br>      v.<br><br>JAMES WALKER, et al.,<br><br>            Defendants. | No.  2:10-cv-2139 KJM DB<br><br><u>ORDER</u> |

      Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983.[1]

---

[1] Plaintiff makes essentially the same allegations regarding her medical care, among other things, in the two cases covered by this order and, with few exceptions, files the same documents in both cases.  Therefore, the court has and will continue to issue the same orders in both cases.  Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

In an order filed September 21, 2023, this court determined that appointment of a neutral mental health expert is the first step in considering plaintiff's motion to be restored to competency status. (See ECF Nos. 320, 340.) Both the expert, and eventually the court, will require plaintiff's medical records to consider the question of plaintiff's competency. In 2016, CDCR provided the court with plaintiff's medical records through April 2016. This court will order defendants' counsel to contact the appropriate party and facilitate the submission under seal of copies plaintiff's medical records, including psychiatric records, from May 2016 through the present.

Accordingly, IT IS HEREBY ORDERED that

1. Within thirty days of the filed date of this order, the custodian of records for the facility where plaintiff is currently incarcerated shall lodge with the court, under seal, plaintiff's complete medical record maintained by the CDCR, including records of psychiatric treatment.

2. Defendants' counsel shall serve a copy of this order on the custodian of records and shall facilitate delivery of the records to the court.

Dated: December 6, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/davi0593&2139.med records