UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS, | No. 2:08-cv-0593 KJM DB |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | |
| Defendants. | |
| | |
| KENNARD DAVIS, | No. 2:10-cv-2139 KJM DB |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | ORDER |
| Defendants. | |

Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983.[1]
Plaintiff has filed a motion for a preliminary injunction, temporary restraining order and/or writ of

---

[1] Plaintiff makes essentially the same allegations regarding her medical care, among other things, in the two cases covered by this order and, with few exceptions, files the same documents in both cases. Therefore, the court has and will continue to issue the same orders in both cases. Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

mandate in which she alleges a variety of risks to her safety at Salinas Valley State Prison ("SVSP"). Plaintiff primarily appears to seek transfer to a "safe and secure prison . . . that is consistent with plaintiff's inmate case factors." (ECF No. 345 at 18.)

In order to evaluate plaintiff's motion, this court requires a response from defendants. Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants shall contact the litigation coordinator at SVSP regarding plaintiff's housing, safety, and medical care; and

2. No later than fourteen days after the filed date of this order, defendants shall file a response to plaintiff's motion that explains: (a) the status of plaintiff's housing, including whether the housing satisfies placement requirements applicable to plaintiff; (b) whether the prison is aware of risks to plaintiff's safety; and (c) the status of the medical care, including mental health care, plaintiff is receiving.

DATED:  February 21, 2024

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/davi0593&2139.tro resp