UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>       Plaintiff,<br><br>    v.<br><br>JAMES WALKER, et al.,<br><br>       Defendants. | No.  2:08-cv-0593 KJM DB |
| KENNARD DAVIS,<br><br>       Plaintiff,<br><br>    v.<br><br>JAMES WALKER, et al.,<br><br>       Defendants. | No.  2:10-cv-2139 KJM DB<br><br>ORDER |

Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983.[1]

---

[1] Plaintiff makes essentially the same allegations regarding her medical care, among other things, in the two cases covered by this order and, with few exceptions, files the same documents in both cases.  Therefore, the court has and will continue to issue the same orders in both cases.  Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

On February 15, 2024, plaintiff filed a motion for a preliminary injunction. (ECF No. 345.) This court ordered defendants' counsel to contact the prison litigation coordinator and submit a response by March 7. (ECF No. 346.) Defendants now seek a fourteen-day extension of time to file that response. Defendants state that plaintiff's correctional counselor is best able to address the issues raised in plaintiff's motion. However, the counselor is currently on military leave and should return to work on March 11. Defendants have shown good cause for a two-week extension of time. However, no further extensions will be granted.

Accordingly, IT IS HEREBY ORDERED that defendants' motion for an extension of time in case no. 2:08-cv-0593 KJM DB P (ECF No. 349) and in case no. 2:10-cv-2139 KJM DB P (ECF No. 426) is granted. On or before March 21, 2024, defendants shall file their response to plaintiff's motion for a preliminary injunction.

Dated: March 12, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/davi0593&2139.mot for pi resp eot