UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS, | No. 2:08-cv-00593-KJM-SCR |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | |
| Defendants. | |
| -------------------------------------------------- | |
| KENNARD DAVIS, | No. 2:10-cv-02139-KJM-SCR |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | ORDER |
| Defendants. | |

Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983. The matters were referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

/////

1

On April 4, 2024, the previously assigned[1] magistrate judge filed findings and recommendations in case no. 2:10-cv-2139-KJM-SCR, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 443 in case no. 2:10-cv-2139-KJM-SCR) are adopted in full; and

2. Plaintiff's motion to sever these cases (ECF No. 424 in case no. 2:10-cv-2139-KJM-SCR) is denied.

DATED:  October 8, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Due to the appointment of a new magistrate judge to the Eastern District of California bench, this case was reassigned from Magistrate Judge Deborah Barnes to Magistrate Judge Sean C. Riordan for all further proceedings.  *See* Reassignment Order, ECF No. 458.