IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNARD LEE DAVIS,**<br><br>                                        Plaintiff,<br><br>       v.<br><br>**JAMES WALKER, et al.,**<br><br>                                        Defendants. | Case No. 2:10-cv-02139 KJM SCR (PC)<br><br>[~~PROPOSED~~] ORDER |

The court, having considered Defendants' motion to modify the briefing schedule ordered on March 4, 2025, determines that good cause has been shown for a short extension of time. Although plaintiff has not submitted her brief on the possible appointment of a guardian ad litem, she has filed numerous other motions that defendants may utilize in fashioning their brief.

**Accordingly, IT IS ORDERED** that Defendants' motion is granted in part (ECF No. 503). The deadline for Defendants' Rule 17(c) brief is extended to April 18, 2025.

Dated: April 11, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE