UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KENNARD DAVIS, | No. 2:08-cv-0593 KJM SCR P |
|---|---|
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | |
| Defendants. | |
| | |
| KENNARD DAVIS, | No. 2:10-cv-2139 KJM SCR P |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | ORDER |
| Defendants. | |

Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983.[1]

---

[1] Plaintiff makes many of the same allegations regarding her medical care, among other things, in the two captioned cases and, with few exceptions, files the same documents in both cases. Therefore, the court has and will continue to issue identical orders in both cases. Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

1. A review of plaintiff's objections received on April 14, 2025 indicates that she was not served with a copy of the sealed competency report completed by Dr. Amanda Gregory. See ECF No. 451. Therefore, the court will correct this error and direct the Clerk of Court to serve plaintiff with the sealed competency report (ECF No. 422) as well as Dr. Gregory's curriculum vitae (ECF No. 423).

Since plaintiff has not yet received the competency report, the court resets the objection period for the Findings and Recommendations issued on March 4, 2025. ECF No. 421. **Plaintiff may file a single set of objections to the Findings and Recommendations pertaining to her motions to be reinstated to competency by May 16, 2025.** Any response to objections filed by Plaintiff shall be filed and served within fourteen days after service of the objections.

The court has further reviewed the separate set of objections filed by plaintiff on April 14, 2025. ECF No. 449. Plaintiff indicates that she intends to "conduct court proceedings together with respect[]" and that she wants to change her approach and seek an actual resolution of these cases. ECF No. 449 at 2-3. The court appreciates and acknowledges plaintiff's sincerity in trying to find a way to resolve these cases that will avoid the need to administratively close them due to plaintiff's incompetency. To that end, **plaintiff shall file a notice with the court by May 16, 2025 indicating whether she intends to cooperate with any guardian ad litem that the court may appoint for the limited purpose of conducting a settlement conference.** The court previously directed plaintiff to submit this information to the court in its order dated March 4, 2025. ECF No. 420. To date, plaintiff has not responded to that order. In light of plaintiff's recent statements in ECF No. 449, the court provides plaintiff another opportunity to file a notice with this information. Plaintiff's failure to respond to this aspect of this order will be considered as evidence that appointment of another guardian ad litem would be futile and may result in a recommendation that both of her cases be administratively closed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall serve plaintiff with the sealed competency report (ECF No. 422) as well as Dr. Gregory's curriculum vitae (ECF No. 423).

2. Plaintiff's objections to the Findings and Recommendations pertaining to her motions

to be reinstated to competency (ECF No. 421) shall be filed by **May 16, 2025**.

    3. Any response to the objections shall be filed and served within fourteen days after service of the objections.

    4. Plaintiff is further directed to file a notice with the court by **May 16, 2025** indicating whether she intends to cooperate with a guardian ad litem that the court may appoint for the limited purpose of conducting a settlement conference in these cases.

DATED: April 22, 2025

SEAN C. RIORDAN  
UNITED STATES MAGISTRATE JUDGE

3