UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS, | No. 2:08-cv-0593 KJM SCR P |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | |
| Defendants. | |

| | |
|---|---|
| KENNARD DAVIS, | |
| Plaintiff, | No. 2:10-cv-2139 KJM SCR P |
| v. | |
| JAMES WALKER, et al., | |
| Defendants. | ORDER |

Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983.[1]

---

[1] Plaintiff makes many of the same allegations regarding her medical care, among other things, in the two captioned cases and, with few exceptions, files the same documents in both cases. Therefore, the court has and will continue to issue identical orders in both cases. Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

On June 6, 2025, the district judge assigned to this matter denied plaintiff's motions to be determined competent to represent herself in these proceedings. ECF No. 479. The matter was referred back to the undersigned to conduct proceedings pursuant to Rule 17(c) of the Federal Rules of Civil Procedure.

At this juncture, the court concludes that a hearing is necessary to determine what should be done to protect plaintiff's interests in this litigation. Specifically, the parties shall be prepared to discuss their amenability to participate in a settlement conference if a guardian ad litem and an attorney can be located to represent plaintiff for the limited purpose of settlement negotiations only.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel for defendants shall contact the undersigned's Courtroom Deputy, Shelly Her, within seven days with available dates for a Rule 17(c) hearing to be conducted **within the next 30 days**.

2. The parties may indicate their preference for attending the hearing in person or via Zoom videoconference with the understanding that the court may not accommodate any particular preference.

3. Plaintiff is directed to indicate her preference for attending the hearing by completing and returning the attached Notice for Attending the Rule 17(c) hearing **within 7 days from the date of service of this order**.

4. Plaintiff is cautioned that her failure to attend the Rule 17(c) hearing will result in the court's recommendation to administratively close both of these civil actions for as long as she remains incompetent.

DATED: June 9, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS, | No. 2:08-cv-0593 KJM SCR P |
| Plaintiff, | |
| v. | |
| JAMES WALKER, et al., | |
| Defendants. | |
| KENNARD DAVIS, | No. 2:10-cv-2139 KJM SCR P |
| Plaintiff, | |
| v. | <u>NOTICE FOR ATTENDING</u> |
| JAMES WALKER, et al., | <u>RULE 17(c) HEARING</u> |
| Defendants. | |

Check only one box and return to the court:

\_\_\_\_\_ Plaintiff prefers to attend the Rule 17(c) hearing in person with the understanding that CDCR officials will be responsible for the date and manner of transporting her to the hearing.

OR

\_\_\_\_\_ Plaintiff prefers to attend the Rule 17(c) hearing via Zoom videoconference from her current location of confinement.

_____
Kennard Davis

1