UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES WALKER, et al.,<br><br>        Defendants. | No.  2:08-cv-0593 KJM SCR P<br><br>**ORDER** |
| KENNARD DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES WALKER, et al.,<br><br>        Defendants. | No. 2:10-cv-2139 KJM SCR P |

Plaintiff, a state prisoner, proceeds with these civil rights actions under 42 U.S.C. § 1983.[1]
On April 27, 2025, plaintiff filed a motion, *see* ECF Nos. 461, which the court construes as
objections to the magistrate judge's Findings and Recommendations of March 4, 2025, *see* ECF

---

[1] Unless otherwise noted, the electronic filing numbers in the text refer to the docket in the 2008 case.

1

No. 421. The court overrules these objections for the same reasons stated in its June 6, 2025, order. *See* ECF No. 479. Plaintiff has also submitted motions for reconsideration of the court's June 6, 2025 order that adopted the magistrate judge's findings and recommendations. *See* ECF Nos. 481, 485, 486, 488, 503.[2]

Motions for reconsideration should "not be used to ask the court to rethink what the court [has] already thought through—rightly or wrongly." *United States v. Rezzonico*, 32 F. Supp. 2d. 1112, 1116 (D. Ariz. 1998). A motion for reconsideration should present "newly discovered evidence" or show the court "committed clear error" or argue there has been an "intervening change in the controlling law." *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009) (quoting *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999)). Upon review, the court finds its rulings were not clearly erroneous, there has not been an intervening change in the law and plaintiff has not presented newly discovered evidence.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objections at No. 2:08-cv-0593 KJM SCR P: ECF No. 461 are **overruled.**

2. Plaintiff's motions to reconsider at

- No. 2:08-cv-0593 KJM SCR P: ECF Nos. 481, 485, 486, 488, 503 **are denied**.
- No. 2:10-cv-2139-KJM-SCR-P: ECF Nos. 518, 522, 534 **are denied**.

3. Based upon the repetitive nature of plaintiff's filings and based upon the court's ruling that plaintiff is not competent to proceed as a party in these actions, the clerk of the court is directed to only docket filings by plaintiff's *guardian ad litem*, who has recently been appointed to temporarily represent plaintiff in both cases.

IT IS SO ORDERED.

DATED: August 13, 2025.

UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff has also filed three similar motions for reconsideration in the 2010 case. *See* ECF Nos. 518, 522, 534.